IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DOROTHY STEWART                          :
                    Plaintiff,           :          CIVIL ACTION
                                         :
        v.                               :          NO.  18-792
                                         :
ASHFORD TRS NICKEL, LLC                  :
                    Defendant.           :

## ORDER

**AND NOW**, this 18th day of October 2021, for the reasons stated in the attached Memorandum Opinion, it is **ORDERED** that Judgment is entered in favor of Defendant Ashford TRS Nickel, LLC d/b/a Philadelphia Airport Embassy Suites. The Clerk of Court shall consider this matter **CLOSED**.


                              BY THE COURT:


                              /s/ DAVID R. STRAWBRIDGE, USMJ
                              DAVID R. STRAWBRIDGE
                              UNITED STATES MAGISTRATE JUDGE